UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-31335

_____

SCOTTSDALE INSURANCE COMPANY,

Plaintiff-Appellant,

v.

GULF SEA TEMPORARIES, INC., ET AL;

Defendants,

GULF SEA TEMPORARIES, INC.; WILLIAM H. DUSO; JANICE
GUTHRIE; GLEN GUTHRIE; GLENDA GUTHRIE DEAL; JILL
GUTHRIE; JAMES GUTHRIE; GLENDA JEAN GUTHRIE; GINGER GUTHRIE,

Defendants-Appellees.

_____

Appeal From the United States District Court
For the Eastern District of Louisiana
98-CV-1364-R

_____

September 27, 2000

Before WOOD[*], DAVIS and BARKSDALE, Circuit Judges.

PER CURIAM:[**]

    The judgment of the district court is affirmed essentially for

_____

    [*]Circuit Judge of the Seventh Circuit, sitting by designation.

    [**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

the reasons assigned by the district court in its Order and Reasons of March 9, 1999.

AFFIRMED.